ACCEPTED
01-14-00707-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 9:45:30 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00707-CV

IN THE

1ST COURT OF APPEALS

at HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 9:45:30 AM
CHRISTOPHER A. PRINE
Clerk

MARINECORP INTERNATIONAL, LTD.
Appellant,

v.

THE CHOPPER GROUP, LLC., et al
APPELLEE

Appealed from the 80th Judicial District Court of
Harris County, Texas, No. 2012-23983

## APPELLEE'S MOTION TO DISMISS APPEAL

Brock C. Akers
The Akers Firm
3401 Allen Parkway,
Suite 101
Houston, TX 77019
(713)877-2500
1-713-583-8662-Fax
Email: bca@akersfirm.com
bca@akersfirm.com
ATTORNEYS FOR
APPELLEE

No. 01-14-00707-CV

| | | |
|---|---|---|
| MARINECORP INTERN'TL, LTD. | § § § | IN THE FIRST |
| vs. | § § | COURT OF APPEALS |
| THE CHOPPER GROUP, LLC, et al | § § § | HOUSTON, TEXAS |

## APPELLEE'S MOTION TO DISMISS APPEAL

COMES NOW, APPELLEE The Chopper Group, LLC, et al, and hereby files this its Motion to Dismiss Appeal, and with respect thereto would show the court as follows:

### I.

The trial of this case resulted in a returned verdict on April 23, 2014, seventeen months ago. A judgment was entered on May 14, 2014 and then modified on July 31, 2014, not quite one year ago. To date, Appellant has not filed its brief to the Court of Appeals.

Most recently, the clerk of this court notified Appellant that its brief was overdue, giving 10 days to respond. That was on June 16, 2015, six weeks ago. Still, no brief has been filed.

The most certain reason for the delay has been the failure of the court reporters from the trial below to provide a timely and complete transcript.

This court has ordered the court reporters to submit a record to this court multiple times, including an instruction to have the record supplemented and completed or offer an explanation that no further record is available. The missed and ignored deadline for that event was May 21, 2015, over two months ago.

But while nothing happens to prosecute this appeal, the Appellee in this case is forced to wait, and wait, and wait. This appeal should be dismissed and mandate issued. Alternatively, Appellant should be made to file a present its brief on the basis of the record that has been completed. A year is surely long enough for the prevailing party in this trial to wait before the appeal gets going.

Respectfully submitted,

THE AKERS FIRM

By:

Brock C. Akers
State Bar No. 00953250
3401 Allen Parkway, Suite 101
Houston, Texas 77019
(713) 877-2500
1-713-583-8662
bca@akersfirm.com
ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

Appellant cannot agree to have its Appeal dismissed. Counsel for co-Appellee, Kyle Tones, agrees to this motion.

Brock C. Akers

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has this the 28th day of July, 2015, been forwarded to opposing counsel of record pursuant to the Texas Rules of Civil Procedure.

Brock C. Akers